UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE DYER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-05920-RS<br><br>**ORDER GRANTING MOTION TO SEVER, BIFURCATE, AND PARTIALLY STAY DISCOVERY** |

Plaintiffs Caroline Dyer and Hunter Sandoval both allege their rights were violated by San Francisco Police officers at protests on May 31, 2020, about the death of George Floyd. Although the larger context was the same, Dyer and Sandoval's claim arise from two separate incidents—they were not acting together, not in the same location, and they interacted with different police officers. Defendants noticed a motion to sever the claims of the two plaintiffs, and then in each of the severed actions, to bifurcate the claims asserting "*Monell*" liability against the City of San Francisco and to stay discovery on those claims. Plaintiffs filed no opposition. Good cause appearing, the motion is granted. The claims of Hunter Sandoval are hereby severed from this action, and the Clerk shall open a new case in which those claims may be litigated. The *Monell* claims in both actions shall be bifurcated, and discovery on those claims stayed, pending further order or a finding of liability against an individual defendant.

**IT IS SO ORDERED**.

Dated: April 18, 2022

_____
RICHARD SEEBORG
Chief United States District Judge