United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUNTER SANDOVAL,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 22-cv-02409-RS

**ORDER DISMISSING DEFENDANT KORTE**

Pursuant to the stipulation of the parties, all claims against defendant Officer Scott Korte are hereby dismissed. The parties' stipulation to permit Korte to appear for testimony at trial through remote technology is subject to further consideration at or following the pretrial conference.

**IT IS SO ORDERED**.

Dated: January 12, 2023

_____
RICHARD SEEBORG
Chief United States District Judge