1  DAVID CHIU, State Bar #189542
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  REBECCA LOUIE, State Bar #264984
   RAYMOND R. ROLLAN, State Bar #304548
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3859 (Louie)
   Telephone:    (415) 554-3888 (Rollan)
7  Facsimile:    (415) 554-3837
   E-Mail:       Rebecca.Louie@sfcityatty.org
8                Raymond.Rollan@sfcityatty.org

9  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HUNTER SANDOVAL, on behalf of himself and other similarly situated individuals, | Case No. 22-cv-02409-RS |
|---|---|
| Plaintiffs, | REQUEST FOR DISMISSAL;  ORDER OF DISMISSAL |
| vs. | Trial Date:           February 21, 2023 |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE CHIEF WILLIAM "BILL" SCOTT, MICHAEL MCEACHERN, SHAW #622, RICHINS# 753, OLSON# 4051, CURRY# 585, CHEA #41, KORTE# 4031, CHIN# 188 and DOES 1-50, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: May 1, 2023

                LAW OFFICE OF STANLEY GOFF

                By: /s/ Stanley Goff
                    STANLEY GOFF *

                Attorneys for Plaintiff
                HUNTER SANDOVAL

*Pursuant to General Order 45, § X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.*

Dated: May 1, 2023

                DAVID CHIU
                City Attorney
                MEREDITH OSBORN
                Chief Trial Deputy
                REBECCA LOUIE
                Deputy City Attorney

                By: /s/ Rebecca Louie
                    REBECCA LOUIE

                Attorneys for Defendant
                CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

Dated: May 1, 2023

                HONORABLE RICHARD SEEBORG
                United States District Court Judge